# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Pat Alley, Dave Brackhahn, Wayne Bryant, Greg Giehl, Cole Graham, Vernon Greenamyer, Bill Gottschalk, Sue Gottschalk, Stephen Keno, Tom Kramer, Jeffrey Maehr, Sharon Parker, Tracy Salazar, Dennis Spencer, David West, John and Jane Does, 1-600,
    Plaintiff(s),
v.

Archuleta County Board of County Commissioner Clifford Lucero; Commissioner Steve Wadley; Commissioner Michael Whiting; Previous Archuleta County Attorney Todd Starr,
    Defendants.

Civil Action No. 1:16-cv-01284-NYW

## DEFENDANTS' NOTICE OF INTENT TO
## ACCEPT RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**COMES NOW**, Defendants, through counsel, ROSE • WALKER • STARR and submit this *Notice of Intent to Accept Recommendation of United States Magistrate Judge* (DKT 016) submitted by Magistrate Judge Nina Y. Wang on July 19, 2016, and would respectfully show as follows:

In light of the Plaintiffs statement in the penultimate paragraph of page 2 of 7 limiting their claims to "state" issues, Defendants are willing to accept the remand to the State Court and will not oppose the Magistrate recommendation.

WHEREFORE, Defendants pray the court Order the case to be remanded to state court where the parties will continue, and for such other and further relief as the Court deems just and equitable

Respectfully submitted this 20th day of June, 2016.

/s/ Todd M. Starr
**TODD M. STARR**, Atty. No. 27641
Archuleta County Attorney
ROSE • WALKER • STARR
P.O. BOX 5917
462 Lewis Street
Pagosa Springs, Colorado 81147
Phone Number: 970-317-8700
Fax Number: omitted
tstarr@rosewalker.com
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 20th day of June, 2016 a true and correct copy of the forgoing Motion for Extension of Time to Answer or Otherwise Plead was served on the parties below via **REGULAR U.S. MAIL**:

| NAME / ADDRESS | |
|---|---|
| Bill Gottschalk<br>135 Park Ave., Unit 804<br>Pagosa Springs, CO 81147 | Sharon Parker<br>325 Petitts Cr.<br>Pagosa Springs, CO 81147 |
| Cole Graham<br>125 Ghost Elk Ct.<br>Pagosa Springs, CO 81147 | Stephen Keno<br>1020 Hurt Dr.<br>Pagosa Springs, CO 81147 |
| Dave Brackhahn<br>3000 Hwy 84, Unit C<br>Pagosa Springs, CO 81147 | Sue Gottschalk<br>135 Park Avenue, Unit 804<br>Pagosa Springs, CO 81147 |
| Dave West<br>55 Woodward Dr.<br>Pagosa Springs, CO 81147 | Tom Kramer<br>10900 Highway 84<br>Pagosa Springs, CO 81147 |
| Dennis Spencer<br>P. O. Box 2877<br>Pagosa Springs, CO 81147 | Tracy Salazar<br>299 Canyon Circle<br>Pagosa Springs, CO 81147 |

| NAME / ADDRESS |
|---|

Greg Giehl
P.O. Box 5434
Pagosa Springs, CO 81147

Jeffrey Maehr
924 E. Stollsteimer Road
Pagosa Springs, CO 81147

Pat Alley
P.O. Box 5352
Pagosa Springs, CO 81147

Vernon D. Greenamyer
c/o 924 E. Stollsteimer Rd.
Pagosa Springs, CO 81147

Wayne Bryant
P. O. Box 3362
Pagosa Springs, CO 81147

/s/ Todd M Starr
**TODD M. STARR**