**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01284-NYW

Pat Alley, Dave Brackhahn, Wayne Bryant, Greg Giehl, Cole Graham, Vernon Greenamyer, Bill Gottschalk, Sue Gottschalk, Stephen Keno, Tom Kramer, Jeffrey Maehr, Sharon Parker, Tracy Salazar, Dennis Spencer, David West, John and Jane Does, 1-600,
Plaintiff(s),

v.

Archuleta County Board of County Commissioner Clifford Lucero; Commissioner Steve Wadley; Commissioner Michael Whiting; Previous Archuleta County Attorney Todd Starr,
Defendants.

---

**DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW, Defendants and in for their Motion for Summary Judgment states as follows:

1. The Plaintiffs allege that the Board of County commissioners action of December 12, 2103 "… left Plaintiffs no other option but to prepare and file this complaint…" Motion to Show Cause – Archuleta County – Ballot Initiatives; ¶ 2, page 4 of 22.

2. C.R.S. 13-80-102 (1) provides:

> (1) The following civil actions, regardless of the theory upon which suit is brought, or against whom suit is brought, must be commenced within two years after the cause of action accrues, and not thereafter:
> …
> (h) All actions against any public or governmental entity or any employee of a public or governmental entity, except as otherwise provided in this section or section 13-80-103;

3. Accordingly, Plaintiffs' claims are barred by the statute of limitations.

4. However, even if the court were to disregard the statute of limitations the Plaintiffs' seek to enforce an initiative process at the county level which simply does not exist. Dellinger v. BoCC for County of Teller, 20 P.3d 1234 (Colo. App. 2000) is directly on point.

5. Further Defendants claims against Defendant Todd Starr arise out of his service as County Attorney and certain advice he gave the Board of County Commissioners' of Archuleta County. First, these Plaintiffs are not in privity with Defendant Starr. "In light of this relationship, an attorney's obligation is generally to his or her client and not to a third party." Baker v. Wood, Ris & Hames, Prof'l Corp., 2016 CO 5, ¶ 20, 364 P.3d 872, 877, reh'g denied (Feb. 8, 2016). Secondly, they have failed to comply with Colo. Rev. Stat. Ann. § 13-20-602.

6. Both C.R.C.P. 11 and C.R.S. § 13-17-102 authorize the imposition of sanctions or attorney's fees if a claim is not well grounded in fact or is not warranted by existing law or a good faith attempt to establish, modify or reverse existing law. This Motion to Show Cause, which isn't even a recognized pleading is just that, Frivolous, groundless, lacking in substantial justification and not well grounded.

WHEREFORE Defendants pray the court enter judgment in favor of the defendants and against the defendants and for their attorney's fees and costs incurred herein and for such other and further relief as the court deems just and equitable.

Respectfully submitted this 1st day of September, 2016.

/s/ Todd M. Starr
**TODD M. STARR**, Atty.

## CERTIFICATE OF SERVICE

The undersigned herein certifies that on this 1st day of September, 2016 a true and correct copy of the forgoing Motion for Summary Judgment was served on the parties below via ICCES:

**NAME / ADDRESS**

Bill Gottschalk
135 Park Ave., Unit 804
Pagosa Springs, CO 81147

Cole Graham
125 Ghost Elk Ct.
Pagosa Springs, CO 81147

Dave Brackhahn
3000 Hwy 84, Unit C
Pagosa Springs, CO 81147

Dave West
55 Woodward Dr.
Pagosa Springs, CO 81147

Dennis Spencer
P. O. Box 2877
Pagosa Springs, CO 81147

Greg Giehl
P.O. Box 5434
Pagosa Springs, CO 81147

Jeffrey Maehr
924 E. Stollsteimer Road
Pagosa Springs, CO 81147

Pat Alley
P.O. Box 5352
Pagosa Springs, CO 81147

Sharon Parker
325 Petitts Cr.
Pagosa Springs, CO 81147

Stephen Keno
1020 Hurt Dr.
Pagosa Springs, CO 81147

Sue Gottschalk
135 Park Avenue, Unit 804
Pagosa Springs, CO 81147

Tom Kramer
10900 Highway 84
Pagosa Springs, CO 81147

Tracy Salazar
299 Canyon Circle
Pagosa Springs, CO 81147

Vernon D. Greenamyer
c/o 924 E. Stollsteimer Rd.
Pagosa Springs, CO 81147

Wayne Bryant
P. O. Box 3362
Pagosa Springs, CO 81147

/s/ Todd M Starr
**TODD M. STARR**