**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 6 – 2016

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th St., Rm A-105
Denver, Colo 80294

| | |
|---|---|
| -Pat Alley; | ) |
| -Dave Brackhahn; | ) |
| -Wayne Bryant; | ) |
| -Greg Giehl; | ) |
| -Cole Graham; | ) |
| -Dean Greenamyer; | ) |
| -Bill Gottschalk; | ) |
| -Sue Gottschalk; | ) |
| -Stephen Keno; | ) |
| -Tom Kramer; | ) ▲ COURT USE ONLY ▲ |
| -Jeffrey Maehr; | ) |
| -Sharon Parker; | ) Case No. 1:16-CV-01284-RM-NYW |
| -Tracy Salazar; | ) |
| -Dennis Spencer; | ) |
| -Dave West; | ) |
| -John and Jane Does, 1-600, representing most signatories on ballot initiatives; | ) ) |
| Plaintiffs | ) |
| v. | ) |
| Archuleta County Board of County Commissioners Clifford Lucero, Commissioner Steve Wadley, Commissioner Michael Whiting; County Attorney Todd Starr; | ) ) ) ) ) |
| Defendants | ) |

**MOTION FOR CLARIFICATION - Archuleta County Ballot Initiatives suit** Page 1 of 4

# MOTION FOR CLARIFICATION

Plaintiffs come before this Court with this Motion for Clarification regarding the apparent confusion on the part of both Plaintiffs and Defendants regarding the present status of the above referenced case.

On July 19th, 2016, Magistrate Wang recommended the case be remanded back to Local District Court based on Plaintiffs Motion to Deny Removal, and which Defendants did not contest, and agreed to in court filing dated July 20th, 2016 received by Plaintiffs.

Both parties began filing in our local District court but the court clerk notified us that she has not received any ORDER to date confirming the remand allowing the case to proceed here and returned to both parties all filings since July 19th, 2016.

Plaintiffs request some conclusions of law correspondence from the Court to understand the status of this case so that due process of law can continue.

Respectfully submitted,

The undersigned;

Pat Alley
P.O. Box 5352
Pagosa Springs, Colorado 81147
970-946-3666

Wayne Bryant
P.O. Box 3362
Pagosa Springs, Colorado 81147
970-731-1367

Dave Brackhahn
3000 Hwy 84, Unit "C"
Pagosa Springs, Colorado 81147
970-749-4156

Greg Giehl
P.O. Box 5434
Pagosa Springs, Colorado 81147
970-264-0055

Cole Graham
Ghost Elk Court
Pagosa Springs, Colorado 81147
970-582-0038

Vernon D. Greenamyer
C/O 924 E. Stollsteimer Rd.,
Pagosa Springs, Colorado 81147
970-946-9488

Bill Gottschalk
135 Park Ave., Unit 804,
Pagosa Springs, Colorado 81147
970-903-4145

Sue Gottschalk
135 Park Ave., Unit 804,
Pagosa Springs, Colorado 81147
970-903-8805

Stephen Keno
1020 Hurt dr.
Pagosa Springs, Colorado 81147
970-731-9729

Tom Kramer
10900 Highway 84
Pagosa Springs, Colorado 81147
970-403-6672

*Tom Kramer* (signature)

Jeffrey Maehr
924 E. Stollsteimer Rd.,
Pagosa Springs, Colorado 81147
970-731-9724

*Jeffrey V Maehr* (signature)

Sharon Parker
325 Petitts Cr.
Pagosa Springs, Colorado 81147
970-731-0007

*Sharon P* (signature)

Tracy Salazar
299 Canyon Circle
Pagosa Springs, Colorado 81147
970-731-3323

*[unreadable signature]*

Dennis Spencer
P.O. Box 2877
Pagosa Springs, Colorado 81147
970-264-0988

*Dennis Spencer* (signature)

Dave West
55 Woodward Dr.,
Pagosa Springs, Colorado 81147
602-622-0494

*David West* (signature)

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th St., Rm A-105
Denver, Colo 80294

| | |
|---|---|
| -Pat Alley; | ) |
| -Dave Brackhahn; | ) |
| -Wayne Bryant; | ) |
| -Greg Giehl; | ) |
| -Cole Graham; | ) |
| -Dean Greenamyer; | ) |
| -Bill Gottschalk; | ) |
| -Sue Gottschalk; | ) |
| -Stephen Keno; | ) |
| -Tom Kramer; | ) ▲ COURT USE ONLY ▲ |
| -Jeffrey Maehr; | ) |
| -Sharon Parker; | ) Case No. 16-CV-4 |
| -Tracy Salazar; | ) |
| -Dennis Spencer; | ) |
| -Dave West; | ) |
| -John and Jane Does, 1-600, representing most signatories on ballot initiatives; | ) ) ) |
| Plaintiffs | ) |
| v. | ) |
| Archuleta County Board of County Commissioner Clifford Lucero, | ) ) |
| Commissioner Steve Wadley, | ) |
| Commissioner Michael Whiting; | ) |
| County Attorney Todd Starr; | ) ) |
| Defendants | ) |

**NOTICE of Signature Authorization**                                                Page 1 of 2

## NOTICE OF SIGNATURE AUTHORIZATION

The above named Plaintiffs provide NOTICE that all are in agreement that plaintiff Jeffrey T. Maehr is authorized to sign all future pleading documents with the court on behalf of all Plaintiffs, in the above case or remanded local District Court case #16-cv-4, with signatures herein affirming same.

Respectfully submitted,

Plaintiffs

## CERTIFICATE OF SERVICE

I, Jeffrey T. Maehr, hereby certify that on August 31, 2016, I served a copy of the Plaintiffs Motion for Clarification to the U.S. District Court, by United States Postal Mail to the below named Counsel and Defendant.

Todd Starr, 462 Lewis Street, P.O. Box 5917, Pagosa Springs, CO 81147


__8-31-16__                                   __Jeffrey T. Maehr__
Date                                                     Signature



U.S. District Court
901 19th St., RmA-105
Denver, Colo 80294














